**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX   441-1533

Attorneys for Plaintiff, RONALD S. WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. WILSON,<br><br>        Plaintiff,<br>v.<br><br>SAVE MART SUPERMARKETS, a California Corporation, dba LUCKY, RMP PROPERTIES, LLC, a Delaware Limited Liability Company, and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | Case No. 2:09-CV-00752 JAM DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff RONALD S. WILSON and Defendants SAVE MART SUPERMARKETS, a California Corporation, dba LUCKY, and RMP PROPERTIES, LLC, a Delaware Limited Liability Company, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

PDF created with pdfFactory trial version www.pdffactory.com

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: July 13, 2009                         /s/ Jason K. Singleton
                                             Jason K. Singleton, Attorney for
                                             Plaintiff, **RONALD S. WILSON**

**CHAPMAN & INTRIERI, L.L.P.**

Dated: July 13, 2009                         /s/ Jessica A. Fakhimi
                                             Jessica A. Fakhimi, Attorney for Defendants
                                             **SAVE MART SUPERMARKETS, dba LUCKY and RMP PROPERTIES, LLC**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Ronald S. Wilson v. Save Mart Supermarkets, et al.</u>, Case Number 2:09-CV-00752 JAM DAD, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: July 13, 2009                         /s/ John A. Mendez
                                             JOHN A. MENDEZ,
                                             UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL          2                    2:09-CV-00752 JAM DAD

PDF created with pdfFactory trial version www.pdffactory.com